□ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATESDISTRICT COURT

MIDDLE _____ District of    ALABAMA _____

UNITED STATES OF AMERICA

V.

WILBERT D. MYHAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07 cv 285-MEF

TO: (Name and address of Defendant)

Wilbert D. Myhand
12689 U.S. Hwy 231, Lot 69
Troy, AL   36081-9113

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL   36101-0197

an answer to the complaint which is served on you with this summons, within _____twenty_____ 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

Debra P. Hackett _____        _____4-5-07_____

CLERK                                                 DATE

_____
(By) DEPUTY CLERK

RECEIVED

2007 APR 25  A 9: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1st NOTICE
2nd NOTICE
RETURNED

04/06/07

Wilbert D. Myhand
12689 U.S. Hwy 231, Lot 69
Troy, AL    36081-9113

UNCLAIMED

7099 3400 0009 2321 0234

36101-0711

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilbert D. Myhand
12689 U.S. Hwy 231, Lot 69
Troy, AL    36081-9113

07cv285 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0009 2321 0234

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789