**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

2007 MAY -1  P 4 33

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. <u>2:07CV285-MEF</u> |
| | ) |
| WILBERT D. MYHAND, | ) |
| | ) |
| Defendant. | ) |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## <u>REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests this Honorable Court to enter an Order directing the U. S. Marshal to serve the Alias Summons and Complaint heretofore filed in this case, and as grounds therefor states:

1. On April 3, 2007, a Complaint was filed in the above-styled case in the U. S. District Court.

2. The Complaint was mailed to defendant on or about April 5, 2007, by certified mail, return receipt requested.

3. On April 25, 2007, the Complaint was returned to the Clerk's office as **unexecuted** with the following U.S. Postal Service Notation, "returned to sender-unclaimed".

Inasmuch as plaintiff has been unsuccessful in serving defendant by mail, plaintiff hereby requests that the Court enter an Order directing the U. S. Marshal to personally serve defendant with the Alias Summons and Complaint.

Respectfully submitted this 1st day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

BY:

R. RANDOLPH NEELEY
Assistant United States Attorney
BAR NO. 9083-E56R

P. O. Box 197
Montgomery, Alabama 36101
Phone: (334) 223-7280
FAX:   (334) 223-7201

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. 2:07CV285-MEF |
| | ) |
| **WILBERT D. MYHAND,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

The Request for Service of Summons and Complaint filed herein on May 1, 2007, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the U. S. Marshal is directed to personally serve defendant(s), Wilbert D. Myhand, with the Alias Summons and Complaint.

DONE this ____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE