IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CASE NO. 2:07CV285-MEF-WC** |
| ) | |
| **WILBERT D. MYHAND,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Request for Service of Summons and Complaint (Doc. # 4) filed herein on May 1, 2007, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the U. S. Marshal is directed to personally serve defendant, Wilbert D. Myhand, with the Alias Summons and Complaint.

DONE this the 7th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

Case 2:07-cv-00285-MEF-WC    Document 5    Filed 05/07/2007    Page 2 of 2