**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:07CV285  RECEIVED |
| DEFENDANT<br>WILBERT MYHAND | TYPE OF PROCESS<br>Motion, Affidavit & Order  2008 MAR -5  A 11: 25 |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { WILBERT MYHAND

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

12689 U. S. Hwy 231, Lot 69, Troy, Alabama  36081-9113

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U. S. Attorney's Office<br>ATTN: D. Aldridge<br>P.O. Box 197<br>Montgomery, AL  36101-0197<br><br>RETURNED AND FILED<br><br>MAR 21 2008 | Number of process to be<br>served with this Form 285  3<br><br>Number of parties to be<br>served in this case  1<br><br>Check for service<br>on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):* CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Fold

SSN:     8749
DOB:     1954

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>334-223-7280 | DATE<br>3/4/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more*<br>*than one USM 285 is submitted)* | Total Process | District of<br>Origin<br>No. 02 | District to<br>Serve<br>No. 02 | Signature of Authorized USMS Deputy or Clerk<br>*D Brewer* | Date<br>3/7/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode |
|---|---|
| Address *(complete only different than shown above)*<br>1471 Cnty Rd 5520<br>Troy, Alabama, 36081 | Date 3/10/08    Time 4:30   ☐ am  ☑ pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$35.00 | Total Mileage Charges<br>including *endeavors*<br>120 miles x .47 = $58.20 | Forwarding Fee<br>0 | Total Charges<br>$193.20 | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS: