# United States District Court

MIDDLE **DISTRICT OF** ALABAMA

UNITED STATES OF AMERICA

V.

Wilbert D. Myhand

**BILL OF COSTS**

Case Number: 2:07CV285-MEF

Judgment having been entered in the above entitled action on 7/27/2007 against Wilbert D. Myhand,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 193.20 |
| **TOTAL $** | **193.20** |

See Document 16 (Acknowledgement of Service)

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Wilbert D. Myhand, 700 Martin Luther King E-20, Brundidge, AL   36010

Signature of Attorney:  /s/ R. Randolph Neeley

Name of Attorney:  R. Randolph Neeley

For:  United States Attorney                                    Date: 5/20/2008
*Name of Claiming Party*

Costs are taxed in the amount of    $193.20                              and included in the judgement.

*Debra P. Hackett*      By: (signature)                      5-21-08
*Clerk of Court*             *Deputy Clerk*                      *Date*

This form was electronically produced by Elite Federal Forms, Inc.